## IN RE APPLICATION OF DANIEL V. PRESNICK (13866)

Dupont, C. J., and O'Connell and Heiman, Js.

Argued September 22—decision released October 17, 1995

*Daniel V. Presnick,* pro se, the appellant (plaintiff).

PER CURIAM. The judgment is affirmed.

## RICHARD SINGER *v.* STATE EMPLOYEES' RETIREMENT COMMISSION (13791)

Dupont, C. J., and O'Connell and Heiman, Js.

Argued September 22—decision released October 17, 1995

*Richard Singer,* pro se, the appellant (plaintiff).

*Maria C. Rodriguez,* assistant attorney general, with whom, on the brief, were *Richard Blumenthal,* attorney general, and *Charles A. Overend,* assistant attorney general, for the appellee (defendant).

PER CURIAM. The judgment is affirmed.